# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 21-cv-02020-RM-KLM

EMI CONSORTIUM MUSIC PUBLISHING INC, doing business as EMI Full Keel Music,
UMG RECORDINGS, INC.,
CAPITOL RECORDS, LLC,
UNIVERSAL MUSIC CORP,
UNIVERSAL MUSIC - MGB NA LLC,
UNIVERSAL MUSIC PUBLISHING INC.,
UNIVERSAL MUSIC PUBLISHING AB,
UNIVERSAL MUSIC PUBLISHING LIMITED,
UNIVERSAL MUSIC PUBLISHING MGB LIMITED,
UNIVERSAL MUSIC - Z TUNES LLC,
UNIVERSAL/MCA MUSIC PUBLISHING PTY LIMITED,
POLYGRAM PUBLISHING, INC.,
SONGS OF UNIVERSAL, INC.,
WARNER CHANNELL MUSIC, INC.,
WARNER-TAMERLINE PUBLISHING CORP.,
W CHAPPELL MUSIC CORP, doing business as WC Music Corp,
WCM MUSIC CORP,
UNICHANNEL MUSIC, INC.,
COTILLION MUSIC, INC.,
INTERSONG USA, INC.,
SONY MUSIC PUBLISHING (US) LLC,
EMI APRIL MUSIC INC.,
EMI BLACKWOOD MUSIC INC.,
EMI CONSORTIUM SONGS, INC., individually and doing business as EMI Longitude Music,
EMI ENTERTAINMENT WORLD INC, doing business as EMI Foray Music,
EMI FEIST CATALOG INC.,
EMI MILLER CATALOG INC.,
JOBETE MUSIC CO., INC.,
STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---
**ORDER OF TRANSFER**
---

This matter is before the Court on review of the file and Plaintiffs' Notice of Case Association (ECF No. 2), stating this case has common facts, claims, and parties in common with Case No. 19-cv-00875-RBJ-MEH. Based on these commonalities, the Court finds that transferring the case to Judge Jackson and Magistrate Judge Hegarty would serve the interests of justice and judicial economy. Accordingly, pursuant to D.C.COLO.LCivR 40.1(a) and 40.1(d)(4)(B), and with the approval of the Chief Judge and the consent of Judge Jackson and Magistrate Judge Hegarty, it is

ORDERED that the Clerk shall transfer this case to Judge Jackson and Magistrate Judge Hegarty. All future pleadings should be designated as 21-cv-02020-RBJ-MEH.

DATED this 4th day of November, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge