IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02020-RBJ-MEH

UMG RECORDINGS, INC., *et al.*,

      Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2022.**

      This matter comes before the Court upon the parties' emailed discovery disputes. The parties shall file their recent discovery disputes in motion form and file them by close of business on Wednesday, March 23, 2022. Any responses (including from non-parties) are due by close of business on Monday, March 28, 2022.

      A Discovery Hearing on the above anticipated motions is **scheduled** for **Tuesday, March 29, 2022 at 10:30 a.m.** (Mountain Time) in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      The Court will permit counsel to appear at the hearing either in person or by video teleconference. Attached to this Minute Order are the video teleconference instructions.

      Should counsel encounter technical difficulties, please use the below instructions to connect through the courtroom's telephone conference line:

Number:       888-278-0296
Access code:  8212991#

# Cisco Meeting App Instructions

# Judge Hegarty

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

    https://meet.uc.uscourts.gov/meeting/649676724?secret=r2pJji0990kEirdFH3WVFA

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

    - Phone: 571-353-2301, then enter 649676724

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    <u>**Family Member/Public/Media "listen" to hearing:**</u>

    Toll Free: 888-278-0296
    Access Code: 8212991#